## United States Bankruptcy Court
### Southern District of Florida

In re  **TJ Acquisition, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alan Knuckles<br>c/o Branford Chain, Inc.<br>150 E. 58th Street<br>37th Floor<br>New York, NY 10155 | A | 75,000 | .3617% |
| BEP TooJay's LLC<br>201 Tresser Blvd.<br>Suite 320<br>Stamford, CT 06901 | A | 10,050,000 | 49.6704% |
| BEP TooJay's LLC<br>201 Tresser Blvd.<br>Suite 320<br>Stamford, CT 06901 | A-1 | 1,533,696.97 | 51.1232% |
| BEP TooJay's LLC<br>201 Tresser Blvd.<br>Suite 320<br>Stamford, CT 06901 | A-2 | 1,171,597.04 | 49.8552% |
| BEP TooJay's LLC<br>201 Tresser Blvd.<br>Suite 320<br>Stamford, CT 06901 | A-3 | 55,346.33 | 15.8132% |
| BEP TooJay's LLC<br>201 Tresser Blvd.<br>Suite 320<br>Stamford, CT 06901 | A-4 | 138,366.00 | 55.3464% |
| Branford Chain, Inc.<br>150 East 58th Street<br>37th Floor<br>New York, NY 10155 | A-3 | 294,653.67 | 84.1868% |
| Branford Chain, Inc.<br>150 East 58th Street<br>37th Floor<br>New York, NY 10155 | A-4 | 111,634.00 | 44.6536% |
| Brookside Mezzanine Fund II, L.P.<br>c/o Gregory Foy<br>Brookside Mezzanine Partners<br>201 Tresser Blvd.; Suite 330<br>Stamford, CT 06901 | A | 750,000 | 3.7067% |

Sheet 1 of 3 in List of Equity Security Holders

In re:   **TJ Acquisition, LLC**                                      Case No.   _____

                                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brookside Mezzanine Fund II, L.P.**<br>**c/o Gregory Foy**<br>**Brookside Mezzanine Partners**<br>**201 Tresser Blvd.; Suite 330**<br>**Stamford, CT 06901** | **A-1** | **114,455** | **3.8152%** |
| **Brookside Mezzanine Fund II, L.P.**<br>**c/o Gregory Foy**<br>**Brookside Mezzanine Partners**<br>**201 Tresser Blvd.; Suite 330**<br>**Stamford, CT 06901** | **A-2** | **87,432.61** | **3.7205%** |
| **Brookside Mezzanine Fund III, L.P.**<br>**c/o Gregory Foy**<br>**Brookside Mezzanine Partners**<br>**201 Tresser Blvd., Suite 330**<br>**Stamford, CT 06901** | **A-1** | **750,000** | **3.7067%** |
| **Brookside Mezzanine Fund III, L.P.**<br>**c/o Gregory Foy**<br>**Brookside Mezzanine Partners**<br>**201 Tresser Blvd., Suite 330**<br>**Stamford, CT 06901** | **A-1** | **114,455** | **3.8152%** |
| **Brookside Mezzanine Fund III, L.P.**<br>**c/o Gregory Foy**<br>**Brookside Mezzanine Partners**<br>**201 Tresser Blvd., Suite 330**<br>**Stamford, CT 06901** | **A-2** | **87,432.61** | **3.7205%** |
| **David Pittaway**<br>**c/o Branford Chain, Inc.**<br>**150 E. 58th Street**<br>**37th Floor**<br>**New York, NY 10155** | **A** | **250,000** | **1.23%** |
| **Joseph Trungale**<br>**c/o Branford Chain, Inc.**<br>**150 E. 58th Street**<br>**37th Floor**<br>**New York, NY 10155** | **A** | **250,000** | **1.23%** |
| **RGLA Holdings, LLC**<br>**c/o Branford Chain, Inc.**<br>**150 East 58th Street**<br>**37th Floor**<br>**New York, NY 10155** | **A** | **8,108,381.47** | **40.0743%** |

| In re: | TJ Acquisition, LLC | Case No. |
|---|---|---|
| | Debtor(s) | |

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RGLA Holdings, LLC<br>c/o Branford Chain, Inc.<br>150 East 58th Street<br>37th Floor<br>New York, NY 10155 | A-1 | 1,237,393.04 | 41.2464% |
| RGLA Holdings, LLC<br>c/o Branford Chain, Inc.<br>150 East 58th Street<br>37th Floor<br>New York, NY 10155 | A-2 | 945,249.32 | 40.2234% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  04/28/2020         Signature   *(signature)*
                                     **Eric Korsten**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.